Albert F. Keeney and Harriett Sayre Keeney, plaintiffs in error, v. Milo G. Reichard and Alvina Reichard, defendants in error. Gen. No. 36,183.

Opinion filed May 23, 1933.

Bernard Rosencranz, for plaintiffs in error. Harry D. Irwin, for defendants in error; Elmer F. Deneke, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Laurence M. Fine for the use of Security Bank of Chicago, plaintiff and appellant, v. Thomas J. Grady and Thomas Maloney, garnishees. Michael Ferriter et al., intervening petitioners and appellees. Gen. No. 36,288.

Opinion filed May 23, 1933.

Townley, Wild, Campbell & Clark, for appellant; Charles V. Clark, Glenn G. Paxton and Richard C. Bleloch, of counsel. M. D. Dolan, for certain appellees.

Mr. Justice Gridley delivered the opinion of the court.

Midway State Bank, plaintiff and appellant, v. John N. Bantsolas and N. Nomikos, defendants. N. Nomikos, appellee. Gen. No. 36,307.

Opinion filed May 23, 1933.

Louis J. Victor, for appellant. Paul Demos, for appellee; Ernest C. Reniff, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Eleanor Getzendaner, appellee, v. Chicago, Burlington & Quincy Railroad Company, appellant. Gen. No. 36,316.

Opinion filed May 23, 1933. Rehearing denied June 6, 1933.

J. C. James and Sidney F. Blanc, for appellant; Bruce Scott, of counsel. Smith & Haddad, for appellee; George J. Haddad and Charles E. Smith, Jr., of counsel.

Mr. Justice Gridley delivered the opinion of the court.